**UNITED STATES of America,<br>Plaintiff—Appellee,**

v.

**Kendrick Dwayne MOORE, a/k/a Kendrick Moore, a/k/a Kendrick Dwayne Rogers, Defendant—Appellant.**

No. 08–8292.

United States Court of Appeals,<br>Fourth Circuit.

Submitted: April 2, 2009.

Decided: April 10, 2009.

Kendrick Dwayne Moore, Appellant Pro Se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Dwayne Moore seeks to appeal the district court's text order denying his motion to reconsider the court's denial of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*